# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

160354 & (18)(24)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 160354
COA: 348687
Calhoun CC: 2016-001394-FC

LARRY MAX LAWHEAD, JR.,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 29, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



Clerk

p1214